1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2  THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (CABN 165775)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Maureen.Bessette@usdoj.gov
8
   Attorneys for United States of America
9

FILED

Jun 21 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )  CASE NO.  4:23-mj-70888-MAG
                                          )
14        Plaintiff,                      )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                          )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15     v.                                 )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                          )  RULES OF CRIMINAL PROCEDURE
16  MOHAMMAD SHARIFI,                    )
                                          )
17        Defendant.                      )
                                          )
18  

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on June 21, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy

21  attached) issued upon an

22      x    Indictment

23      ☐    Information

24      ☐    Criminal Complaint

25      ☐    Other (describe) _____

26  pending in the _____Middle_____ District of _Louisiana___, Case Number 23-cr-52-JWD-WED .

27      In that case (copy of indictment attached), the defendant is charged with a violation of Title 21

28  United States Code, Sections 841(a)(1), 846, and 18 U.S.C. § 2, aiding and abetting.

Description of Charges: <u>Conspiracy to distribute and possess with the intent to distribute 400 grams or more of fentanyl</u>.

The maximum penalties are as follows: 10 years mandatory minimum to life imprisonment, and if death or serous bodily injury resulted then a mandatory minimum of 20 years to life imprisonment.

                                                Respectfully Submitted,

                                                ISMAIL J. RAMSEY
                                                UNITED STATES ATTORNEY

Date: June 21, 2023                          //s//
                                                MAUREEN C. BESSETTE
                                                Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-cr-52-JWD-EWD |
| NICHOLAS CRITNEY | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NICHOLAS CRITNEY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and to possess with the intent to distribute fentanyl, in violation of 21 U.S.C § 846 and 18 U.S.C. § 2.

Date: 06/15/2023

*Issuing officer's signature*

City and state: Baton Rouge, LA

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Nicholas Critney

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 1991

Social Security number: -0776

Height: 5'9"   Weight: 193

Sex: Male   Race: Black

Hair: Black   Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: DFNPV75K1

Complete description of auto:

Investigative agency and address: FBI, 18134 Petroleum Drive, Baton Rouge, LA 70809

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 23-cr-52-JWD-EWD |
| MOHAMMAD SHARIFI, | ) |
| a.k.a "Moe" | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MOHAMMAD SHARIFI, a.k.a. "Moe",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and to possess with the intent to distribute fentanyl, in violation of 21 U.S.C § 846 and 18 U.S.C. § 2.

Date: 06/15/2023

*Issuing officer's signature*

City and state: Baton Rouge, LA

Erin Wilder-Doomes, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Mohammad Sharifi
Known aliases: "Moe"
Last known residence: 
Prior addresses to which defendant/offender may still have ties: 

Last known employment: 
Last known telephone numbers: 
Place of birth: 
Date of birth: 1988
Social Security number: 9405
Height: 5'11"   Weight: 150 lbs
Sex: Male   Race: White
Hair: Black   Eyes: Green
Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates (name, relation, address, phone number): 

FBI number: 625534JC3
Complete description of auto: 

Investigative agency and address: FBI, 18134 Petroleum Drive, Baton Rouge, LA 70809

Name and telephone numbers (office and cell) of pretrial services or probation officer (if applicable): 

Date of last contact with pretrial services or probation officer (if applicable):

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH THE INTENT TO DISTRIBUTE FENTANYL, AND NOTICE OF FORFEITURE**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO. 23-52-JWD-EWD |
| *versus* | : |
| | : |
| ROBERT PENNYWELL, | : |
|   a.k.a. "Black Bo," | :    21 U.S.C. § 846 |
|   a.k.a. "Black Beezy" | :    21 U.S.C. § 841(a)(1) |
| MOHAMMAD SHARIFI, | :    18 U.S.C. § 2 |
|   a.k.a. "Moe," and | :    21 U.S.C. § 853 |
| NICHOLAS CRITNEY | : |

**THE GRAND JURY CHARGES:**

Beginning on or about March 28, 2023, and continuing until on or about May 18, 2023, in the Middle District of Louisiana, **ROBERT PENNYWELL**, a/k/a "Black Bo" & "Black Beezy," **MOHAMMED SHARIFI**, a/k/a "Moe," and **NICHOLAS CRITNEY**, defendants herein, did conspire with each other and others known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with the intent to distribute 400 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the commission of said conspiracy.

The above is a violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

USA Sealed Group
USM
USPO

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(p).

Upon conviction of the offense alleged in the indictment, defendants **ROBERT PENNYWELL**, a.k.a. "Black Bo" & "Black Beezy," **MOHAMMED SHARIFI**, a.k.a. "Moe," and **NICHOLAS CRITNEY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said offenses and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said offenses.

If any of the property or proceeds obtained directly or indirectly as a result of the offense charged, due to an act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

*[signature]*

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

6/15/23

DATE

3

| | Criminal Cover Sheet | U.S. District Court |

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: FBI

*Agent: Michael Landenwich

Matter to be sealed: ✓ Yes ☐ No

Related Case Information:

Superseding BOI _____ Docket Number _____
Same Defendant __X__ New Defendant _____
Magistrate Case Number: 23-mj-52
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Robert Pennywell
Alias: "Black Bo" and "Black Beezy"
Address: _____
Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris         Bar #: LABN: 28694

Interpreter: ☐ Yes ✓ No         List language and/or dialect: _____

**Location Status:**

Arrest Date _____
    X    Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:846 and 18:2 | Conspiracy to distribute and to possess with the intent to distribute fentanyl. | 1 | F |

Date: 06/15/2023      Signature of AUSA: [signature]

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: FBI

*Agent: Michael Landenwich

**Matter to be sealed:** ✓ Yes ☐ No

**Related Case Information:**

Superseding BOI _____ Docket Number _____
Same Defendant  X   New Defendant _____
Magistrate Case Number: 23-mj-52
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Mohammad Sharifi
Alias: "Moe"
Address: _____
Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris                Bar #: LABN: 28694

**Interpreter:** ☐ Yes ✓ No     List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_X_ Already in Federal Custody as of
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 21:846 and 18:2 | Conspiracy to distribute and to possess with the intent to distribute fentanyl. | 1 | F |

Date: 06/15/2023        Signature of AUSA: _[signature]_

| Criminal Cover Sheet | U.S. District Court |

**Place of Offense:**  Matter to be sealed:  ☑ Yes   ☐ No

City: Baton Rouge, LA

Related Case Information:

County/Parish: East Baton Rouge

Superseding BOI _____   Docket Number _____
Same Defendant _____   New Defendant  X

*Investigating Agency: FBI

Magistrate Case Number: 23-mj-52
Search Warrant Case No.: _____

*Agent: Michael Landenwich

R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Nicholas Critney

Alias: _____

Address: _____

Birthdate: _____   SS #: _____   Sex: ___   Race: _____   Nationality: _____

**U.S. Attorney Information:**

AUSA: William K. Morris            Bar #: LABN: 28694

Interpreter: ☐ Yes  ☑ No     List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:846 and 18:2 | Conspiracy to distribute and to possess with the intent to distribute fentanyl. | 1 | F |

Date: 6/15/2023     Signature of AUSA: [signature]